## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sharon Word
                                Plaintiff,

v.                                                           Case No.: 1:16−cv−10326
                                                                     Honorable Jorge L. Alonso

United States of America
                                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 7, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiff's motion for 35−day extension to file 2−622(a)(1) affidavit and report or, in the alternative, motion to voluntarily dismiss cause of action without prejudice [9] is granted in part and denied in part. The motion is granted with respect to the extension to file 2−622(a)(1) affidavit and report to 3/8/17. The motion is denied with respect to dismissing cause of action without prejudice. Status hearing remains set for 3/16/17 at 9:30 a.m. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.