**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON WORD, Independent Administrator of the Estate of JAMES WORD, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-10326 |
| vs. | ) ) | Judge: Jorge L. Alonso |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER TO SETTLE WRONGFUL
DEATH ACTION, FOR FINDING OF DEPENDENCY,
AND APPROVAL ATTORNEY'S FEES AND DISBURSEMENTS**

This cause coming on to be heard on the petition of the Plaintiff/Petitioner, Sharon Word, Independent Administrator of the Estate of James Word, deceased, by her attorneys, Muslin & Sandberg, through Craig M. Sandberg, for approval of the wrongful death action, for a finding of dependency, and approval of disbursements, and the Court being fully apprised in the premises,

**THE COURT FINDS:**

1. Defendant (United States of America) has offered $50,000.00 to settle the above-captioned matter of the wrongful death claim.

2. Petitioner, Sharon Word, Independent Administrator of the Estate of James Word, deceased, has conferred with Craig M. Sandberg, her attorney, and all parties have concluded that it is in the best interests of the next-of-kin of James Word to accept the settlement offer set forth above.

3. The Court finds the settlement offer as set forth above is fair and reasonable.

4. Steven B. Muslin, Ltd. d/b/a Muslin & Sandberg is entitled to attorneys' fees scheduled as follows:

| | |
|---|---|
| 25% of the $50,000.00 recovered | $12,500.00 |
| Total Attorneys' Fees | $12,500.00 |

5. Muslin & Sandberg entitled to reimbursement of expenses in the amount of $5,517.12.

6. The next-of-kin of the decedent and their percentage of dependency is as follows:

| | |
|---|---|
| Sharon D. Word | 33 1/3% |
| James F. Word | 33 1/3% |
| Janet L. Barnes | 33 1/3% |

7. That the net amount distributable to the next-of-kin from the total settlement amount of $31,982.90. The distribution to the next of kin would be as follows:

| | |
|---|---|
| Sharon Word | $10,660.96 |
| James Word | $10,660.96 |
| Janet Barnes-Woods | $10,660.96 |

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. The settlement amount as set forth in Paragraph 1 above is fair and reasonable;

B. That Sharon Word, Independent Administrator of the Estate of James Word, deceased, is authorized and directed to execute such releases as are necessary to effectuate the settlement;

C. Sharon Word, Independent Administrator of the Estate of James Word, deceased, shall make the following distributions upon receipt of the settlement funds:

i. Muslin & Sandberg for attorneys' fees in the amount: $12,500.00
ii. Muslin & Sandberg for reimbursement of

      expenses in the amount:       $5,517.12

D. That the amount distributable to the next-of-kin of James Word, deceased, is $31,982.90.

E. Sharon Word, Independent Administrator of the Estate of James Word, deceased, is authorized to distribute the remainder of the settlement funds pursuant to the Court's finding of dependency, as follows:

| | | |
|---|---|---|
| Sharon Word | 33 1/3% | $10,660.96 |
| James Word | 33 1/3% | $10,660.96 |
| Janet Barnes-Woods | 33 1/3% | $10,660.96 |

F. The settlement be approved; and the Independent Administrator shall distribute the proceeds in accordance with the provisions of the order.

G. Vouchers evidencing attorney's expenses and disbursements of funds shall be filed with this court within sixty (60) days.

H. This case is dismissed without prejudice and without costs, with leave to reinstate by January 9, 2018. If no motion to reinstate has been filed by January 9, 2018, this case will automatically be dismissed with prejudice.

I. The Court shall retain jurisdiction to enforce the terms of this settlement until January 9, 2018.

Dated: November 9, 2017            _____
                                                            Jorge L. Alonso
                                                            United States District Judge